# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. 19-cr-20214-GAYLES/OTAZO-REYES

UNITED STATES OF AMERICA,

v.

ALVARO Y. CORTES,
OLGA L. AYA RODRIGUEZ, and
PLANET EXPRESS CARGO AND
COURIER CORP.,

            Defendants.      /

## ORDER AFFIRMING AND ADOPTING
## REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE

**THIS CAUSE** comes before the Court on Magistrate Judge Alicia M. Otazo-Reyes's Report and Recommendation (the "Report") [ECF No. 107] on Defendants, Alvaro Y. Cortes, Olga L. Aya Rodriguez, and Planet Express Cargo and Carrier Corp.'s, Motion to Dismiss Indictment for Violation of their Sixth Amendment Right to a Speedy Trial (the "Motion to Dismiss") [ECF No. 61]. The Motion to Dismiss was referred to Judge Otazo-Reyes for a Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1)(B). [ECF No. 62]. Judge Otazo-Reyes held an evidentiary hearing on the Motion to Dismiss on November 15, 2019, and later entered her Report recommending that the Motion to Dismiss be denied because Defendants demonstrated neither the necessary prejudice nor that the Government engaged in a deliberate design to gain a tactical advantage over them. [ECF No. 107, at 12]. Defendants filed timely objections [ECF No. 116], to which the Government responded [ECF No. 118].

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to which objection is made are accorded *de novo* review, if those objections "pinpoint the specific

findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which *no* specific objection is made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint Underwriters, L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006).

The Court, having conducted a *de novo* review of the record, agrees with Judge Otazo-Reyes's well-reasoned analysis and recommendation that the Motion to Dismiss be denied.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

(1) the Report and Recommendation [ECF No. 107] is **AFFIRMED AND ADOPTED** and incorporated into this Order by reference;

(2) Defendant's Motion to Dismiss Indictment for Violation of their Sixth Amendment Right to a Speedy Trial [ECF No. 61] is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 7th day of January, 2020.

DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE