UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-cr-20214-GAYLES/OTAZO-REYES

UNITED STATES OF AMERICA,

v.

ALVARO Y. CORTES, and
OLGA L. AYA RODRIGUEZ,

Defendants.
_____/

## ORDER AFFIRMING AND ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court on Magistrate Judge Otazo-Reyes's Report and Recommendation (the "Report"). [ECF No. 150]. On January 6, 2020, Defendants filed a Motion to Suppress Statements (the "Motion"). [ECF No. 121]. On January 14, 2020, the Court referred the Motion to Magistrate Judge Otazo-Reyes, pursuant to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, for a Report and Recommendation. [ECF No. 127]. In her Report, Judge Otazo-Reyes recommended that the Motion be denied. [ECF No. 150]. On March 6, 2020, Defendants filed objections to the Report (the "Objections"), [ECF No. 161], and the United States of America responded to Defendants' Objections on March 8, 2020, [ECF No. 162].

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to which objection is made are accorded *de novo* review, if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which *no* specific objection is made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint*

*Underwriters, L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006).

Having conducted a *de novo* review of the record, the Court agrees with Judge Otazo-Reyes's well-reasoned analysis and conclusion that the Motion should be denied. Accordingly, after careful consideration, it is **ORDERED AND ADJUDGED** as follows:

(1) Judge Otazo-Reyes's Report [ECF No. 150] shall be **AFFIRMED AND ADOPTED** and incorporated into this Order by reference; and

(2) Defendants' Motion shall be **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 10th day of March, 2020.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE